UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MENACHAM TAUBENFLIEGEL, on behalf of
himself and all other similarly situated consumers,

                                                                               JUDGMENT
                                                                               18-CV-2005 (MKB)

                Plaintiff,

   -v-

UNITED COLLECTION BUREAU, INC.,

                Defendant.
------------------------------------------------------------------------ X

       A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on May 1, 2019, granting Defendant's motion for judgment on the pleadings; and directing the Clerk of Court to enter judgment for Defendant; it is

       ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted; and that judgment is hereby entered in favor of Defendant.


Dated: Brooklyn, NY                                        Douglas C. Palmer
       May 2, 2019                                         Clerk of Court

                                                      By:    /s/*Jalitza Poveda*
                                                                 Deputy Clerk